B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Texas

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):** <br> B.V.S. Construction, Inc. | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all) <br> 26-4473504 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> P. O. Box 985 <br> Bryan, TX <br> ZIP Code: 77806 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code: |
| County of Residence or of the Principal Place of Business: <br> Brazos | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> P.O. Box 985 <br> Bryan, TX <br> ZIP Code: 77806 | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code: |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)   Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **B.V.S. Construction, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Ricky Palasota** | Case Number: **14-60931** | Date Filed: **11/11/14** |
| District: **Western district of texas** | Relationship: **affiliate** | Judge: **King** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**B.V.S. Construction, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Eric A. Liepins**
Signature of Attorney for Debtor(s)

**Eric A. Liepins 12338110**
Printed Name of Attorney for Debtor(s)

**Eric A. Liepins P.C.**
Firm Name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Address

**Email: eric@ealpc.com**
**972-991-5591  Fax: 972-991-5788**
Telephone Number

**November 11, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Elaine Palasota**
Signature of Authorized Individual

**Elaine Palasota**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 11, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re **B.V.S. Construction, Inc.**     Case No.

Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | Concrete Mixers & 1 Pump | | 757,242.00 |
| Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | B.V.S. Inc.-Pump Truck vin 5469 | | 290,783.00 |
| Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | B.V.S.<br>420 D. Backhoe<br>RMC 250<br>320 L Excavator | | 175,626.00 |
| Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | Cat 330<br>Cat 321 | | 121,320.00 |
| Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | B.V.S., Inc. - Trail King | | 63,738.00 |
| F. Casas Trucking - Goodwin, Preston, C<br>PO Box 8278<br>Spring, TX 77387 | F. Casas Trucking - Goodwin, Preston, C<br>PO Box 8278<br>Spring, TX 77387 | | | 81,486.11 |
| First State Bank of Bedias<br>12500 Hwy 21 East<br>Kurten, TX 77862 | First State Bank of Bedias<br>12500 Hwy 21 East<br>Kurten, TX 77862 | BVS, Inc. - A/R, EQ, Inventory - Brazos County | | 67,088.10 |
| First State Bank of Bedias<br>12500 Hwy 21 East<br>Kurten, TX 77862 | First State Bank of Bedias<br>12500 Hwy 21 East<br>Kurten, TX 77862 | 37 Acres-Madison County | | 168,356.84 |
| First State Bank of Bedias<br>12500 Hwy 21 East<br>Kurten, TX 77862 | First State Bank of Bedias<br>12500 Hwy 21 East<br>Kurten, TX 77862 | A/R EQ, Inventory - Brazos Valley Services | | 97,046.23 |
| First State Bank of Bedias<br>12500 Hwy 21 East<br>Kurten, TX 77862 | First State Bank of Bedias<br>12500 Hwy 21 East<br>Kurten, TX 77862 | EQ, Inventory - Ricky Sr. & Jr. | | 378,458.80 |

B4 (Official Form 4) (12/07) - Cont.

In re **B.V.S. Construction, Inc.** Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First State Bank of Bedias 12500 Hwy 21 East Kurten, TX 77862 | First State Bank of Bedias 12500 Hwy 21 East Kurten, TX 77862 | R Sr. & Elaine - Madison County | | 875,079.44 |
| First State Bank of Bedias 12500 Hwy 21 East Kurten, TX 77862 | First State Bank of Bedias 12500 Hwy 21 East Kurten, TX 77862 | Jr. House | | 412,515.98 |
| H & M Fuel 4150 Hwy 6 South College Station, TX 77845 | H & M Fuel 4150 Hwy 6 South College Station, TX 77845 | | | 90,000.00 |
| IRS 1100 Commerce Mail Code 5027 Dallas, TX 75242 | IRS 1100 Commerce Mail Code 5027 Dallas, TX 75242 | | | 2,000,000.00 |
| Key Equipment Finance 11030 Circle Point Dr. Suite 200 Broomfield, CO 80020 | Key Equipment Finance 11030 Circle Point Dr. Suite 200 Broomfield, CO 80020 | | | 185,329.81 |
| Kubota Credit Corporation, USA 14855 FAA Blvd. Fort Worth, TX 76155 | Kubota Credit Corporation, USA 14855 FAA Blvd. Fort Worth, TX 76155 | SVL90F | | 74,806.28 |
| Kubota Credit Corporation, USA 14855 FAA Blvd. Fort Worth, TX 76155 | Kubota Credit Corporation, USA 14855 FAA Blvd. Fort Worth, TX 76155 | SVL90-2 w/attachments | | 112,423.31 |
| Mustang Machinery Co., LTD D/B/A Mustang CAT ISAAC Butler, JR. 206 North Washington Bryan, TX 77803 | Mustang Machinery Co., LTD D/B/A Mustang CAT ISAAC Butler, JR. Bryan, TX 77803 | | | 387,394.58 |
| Prosperity Bank 5733 2nd Street Katy, TX 77493 | Prosperity Bank 5733 2nd Street Katy, TX 77493 | | | 1,241,376.68 (0.00 secured) |
| Textron Financial Corporation - Streusa, 811 Barton Spring Road, Ste. 811 Austin, TX 78704 | Textron Financial Corporation - Streusa, 811 Barton Spring Road, Ste. 811 Austin, TX 78704 | 1 2008 CHU613 Mack Truck S/N 1M1AN07Y38N003068 | | 165,999.91 |

B4 (Official Form 4) (12/07) - Cont.

In re **B.V.S. Construction, Inc.**
Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 11, 2014**   Signature **/s/ Elaine Palasota**
**Elaine Palasota**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

2 C Equipment, LLC
14325 North IH-35
Jarrell, TX 76537


Advanta Credit Card
PO Box 9217
Old Bethpage, NY 11804-9217


AEL Equipment Leasing
Box 88046
Milwaukee, WI 53288-0046


Ahr David & Ahr Leigh Anne - Rock Lake Partners
13715 Cahill Court
Cypress, TX 77429


Ally Finance
PO Box 380902
Minneapolis, MN 55438


American Express
PO Box 981535
El Paso, TX 79998


Americredit
PO Box 183834
Arlington, TX 76096-3834


Anderson & Cumingham
1221 Lamar Street, ste 1115
Houston, TX 77010


Anderson Machinery Company
5309 US Hwy. 59 Nroth
Victoria, TX 77905


Arnold Oil of Austing Texas
PO Box 6337
Austin, TX 78762


Arthur's Heavy Equipment
5329 Coroline Drive
Bryan, TX 77807

Attorney General of Texas
c/o Jim Hatton, Colle
PO Box 12548
Austin, TX 78711-2548


B-S CARTAGE, INC. D/B/A JV ENVIRONMENTAL
SERVICESS
Christopher N. Petty - Attorney at Law
5005 West Avenue, Suite 1300
San Antonio, TX 78213


Bank of America
PO Box 15284
Wilmington, DE 19850


Bank of America - American Express
PO Box 15026
Wilmington, DE 19850


Batten Drilling Inc.
PO Box 3055
Bryan, TX 77805


Belo Tank Express
PO Box 2367
Conroe, TX 77305


Belo Tank Xpress, LLC - Mathew S.C.
Moore
3 E. Greenway Plaza, Suite 2000
Houston, TX 77046


Boothe Brothers
5515 FM 3237
Wimberley, TX 78676


BOOTHE BROTHERS PAVING CO., INC.
KVINTA, KVINTA & KVINTA
403 West Grand
PO Box 775
Yoakum, TX 77995


Bootheel Tractor Parts, Inc.
725 E. Washington
East Prairie, MO 63845

Brazos County Tax Assessor-Collector
300 E. William J. Bryan Fkwy.
Bryan, TX 77803-5336


C.R. Poldrack INc.
648 LCR 644
Thornton, TX 76687


Camrus Development Co., Inc.
1395 N. Harvey Mitchell Pkwy
Bryan, TX 77803


Capital One
PO Box 3285
Salt Lake City, UT 84130


Capital One - HSCB Services
PO Box 80084
Salinas, CA 93912


Caterpillar Financial
2120 West End Av.
PO Box 340001
Nashville, TN 37203


Chase
PO Box 15298
Wilmington, DE 19850


Chase - Southwest Airline
PO Box 15123
Wilmington, DE 19850


Chase Equipment Finance
1111 Polaris Pkwy., Ste. A3
Columbus, OH 43240


Clover & Marak PLLC -
905 S. Austin St.
Brenham, TX 77834


CME Testing & Engineering
320 Graham R.
College Station, TX 77845

Commercial Credit Group
2056 Westings Avenue
Suite 280
Naperville, IL 60563


Coufal Prater Equipment Ltd.
3110 Hwy. 21 West
Naperville, IL 60563


Credico Financing
2310 Harvey Mitchell South
College Station, TX 77845


CY- FAIR TIRE- Michael McGann
2211 Norfolk 610
Houston, TX 77098


Cy-Fair Tire
6516 Gessner
Houston, TX 77040


D & D Express Mart/Chevron
600 Graham Road
College Station, TX 77845


D. Wellman Trucking
10539 Hwy 105
Brenham, TX 77833


Dahill/Zerox
PO Box 314
San Antonio, TX 78292


Dailey Electric Inc.
PO Box 10109
College Station, TX 77842


Discover
PO Box 30943
Salt Lake City, UT 84130


Du-All Contracting
112 E. Santa Anna
Waco, TX 76706

Easton Sales & Rentals
14743 Hwy 59 North
Humble, TX 77396


Edward Barajas
3859 Olod Reliance Rd.
Bryan, TX 77808


Excell Fuling Systems
1113 A Regal Row
Austin, TX 78748


Exosent, LLc
707 Texas Avenue, Suite 210D
College Station, TX 77840


F Casa Trucking
6610 Eagle Pass
Houston, TX 77020


F. Casas Trucking - Goodwin, Preston, C
PO Box 8278
Spring, TX 77387


Farm Plan
PO Box 650215
Dallas, TX 75265


FCC Equipment Fiancing
PO Box 905010
Dallas, TX 75265


First Lockhart National Bank
PO Box 600
Lockhart, TX 78644


First State Bank of Bedias
12500 Hwy 21 East
Kurten, TX 77862


Four Seasons Equipment
8111 Mills Road
Houston, TX 77064

```
Frankie's Food Mart
2801 Texas Avenue S
College Station, TX 77845-5043


GE Capital
PO Box 802585
Chicago, IL 60680


GE Capital Colonial Finance
PO Box 822108
Philadelphia, PA 19182


General Electric Transportation Finance
300 E John carpenter Freeway, Suite 204
Irving, TX 75062


Gessner Engineering, LLC
2501 Ashford Drive, Suite 102
College Station, TX 77840


GM Card
PO Box 80082
Salinas, CA 93912


GM Card/Chase Bank
PO Box 15548
Wilmington, DE 19886


GM Financial
PO Box 183834
Arlington, TX 76096-3834


Goodwin - Lasiter - Strong
4077 Cross Park Drive
 Suite 100
Bryan, TX 77802


H & M Fuel
4150 Hwy 6 South
College Station, TX 77845


H D Waterworks
PO Box 951949
Dallas, TX 75395
```

Headwaters Resources Inc.
675 Phil Gramm Blvd.
Bryan, TX 77807


Hill County Environmental
1613 Capital of Texas Hwy
Suite 2
Austin, TX 78746


Hitachi Capital America Corp.
PO Box 5700
Norwalk, CT 06056


Holt & Hollas, PLLC
405 Technology Pkwy
College Station, TX 77845-5011


IRS
1100 Commerce
Mail Code 5027
Dallas, TX 75242


James T. Rohfing & Associates
211 W. Wacker Dr.
Ste. 1200
Chicago, IL 60606


James T. Rohifing & Associates
211 W. Wachker Dr.
Suite 1200
Chicago, IL 60606


James T. Rohlfing & Associates - Jon D. Totz
2211 Norfolk, Suite 510
Houston, TX 77098


Jason Klug
4228 FM 2776
Bryan, TX 77808


John Deere Credit
PO Box 6600
Johnston, IA 50131-6600

Jose J. Sandoval
PO Box 3762
Bryan, TX 77805


JV Environmental
3600 FM 973 N.
Austin, TX 78725


Key Equipment Finance
11030 Circle Point Dr.
Suite 200
Broomfield, CO 80020


Kroger/US Bank
PO Box 108
Saint Louis, MO 63166


Kubota Credit Corporation, USA
14855 FAA Blvd.
Fort Worth, TX 76155


Landmark Equipment Rent
1351 South Loop 12
Irving, TX 75060


Leasing Systems, Inc.
901 8th Avenue South
Nashville, TN 37203


Mack Bolt & Steel
5875 East State Highway 21
Bryan, TX 77808


Martin Family Trust
1500 Brock Hollow
Bryan, TX 77802


McCourt & Sons
5141 Hwy 71 West
La Grange, TX 78945


McCreary Veselka bragg & Allen, PC
904 South Main, Suite 100
Georgetown, TX 78626-5829

Mid South Engine & Machine  
2201 East Hwy 80  
White Oak, TX 75693

Mine Safety & Health Administration  
1100 Commerce Street  
Room 462  
Dallas, TX 75242

Mustan Machinery Co., Ltd  
12800 Northwest Fwy.  
PO Box 1373  
Houston, TX 77251

Mustang Machinery Co., LTD D/B/A  
Mustang CAT  
ISAAC Butler, JR.  
206 North Washington  
Bryan, TX 77803

N-Line Traffic  
PO Box 4750  
Bryan, TX 77805

N-Line Traffic Maintenance, L.P.-Haley Olson  
510 North Valley Mills Drive, Suite 600  
Waco, TX 76710

NHU KIM QUACH dba Express Mart  
600 Graham Road  
College Station, TX 77845

Nick Acosta Concrete  
1200 Easther Blvd.  
Bryan, TX 77802

North America USA  
One Towne Square, Suite 1470 Southfield  
Southfield, MI 48076

O& D Trucking -Oliver Washington  
12669 Old hearne Road  
Bryan, TX 77807

Patriot Capital Corporation
5825 Glenridge Dr., Bldg. 1 #212
Atlanta, GA 30328


Perez construction
11842 Vickery Street
Houston, TX 77039


Performant Recovery, Inc.
PO Box 9054
Pleasanton, CA 94566-9046


Pinnacle Pumping Services, LLc
PO Box 9028
Spring, TX 77387


PNCEF, LLC DBA PNC EQUIPMENT FINANCE
FKA NATIONAL CITY COMMERCIAL CAPITAL COM
995 Dalton Avenue
Cincinnati, OH 45203


Power Plan
PO Box 77000
Detroit, MI 48277


Powerscreen Texas Inc.
PO Box 658
Detroit, MI 48277


Prater Equipment Company
3110 Hwy. 21 West
Bryan, TX 77803


Precision Pavement
2 West Bronze Lane
Bryan, TX 77807


Producers Cooperative Association
PO Box 1112
Bryan, TX 77806


Prosperity Bank
410 Southwest Parkway
College Station, TX 77840

Providian/Chase
PO Box 15298
Wilmington, DE 19850


Pump & Power Equipment LLC
PO Box 450270
Houston, TX 77245


REO Holdings
731 Northshore Ct.
Coppell, TX 75019


Rock Lake Partners/David & Leigh Ann Ahr
13715 Cahill Court
Cypress, TX 77429


Romco Equipment
PO Box 841496
Dallas, TX 75284


S & S Pipe & Supply
PO Box 351
Huntsville, TX 77342


Service Insurance Group
PO Box 5763
Bryan, TX 77805


SG EQUIPMENT
THE TSANG LAW FIRM, P.C.
40 Wall Street, 26th Floor
New York, NY 10005


SG equipment Finance USA Corp
Societe G
480 Washington Blvd., 23rd Fllor
Jersey City, NJ 07310


Stanley Voekel
20111 Rose Fair Court
Katy, TX 77450


TCF Finance
11100 Wayzata Blvd., Ste. 801
Hopkins, MN 55305

TD Auto Finance
PO Box 9223
Farmington, MI 48333


Texas Welding
4228 FM 2776
Bryan, TX 77808


Textron Financial
26096 Network Place
Chicago, IL 60673


Textron Financial Corporation - Streusa,
811 Barton Spring Road, Ste. 811
Austin, TX 78704


The Guarantee Company of America USA
25800 Northwestern Hwy St 720
Southfield, MI 48075


Time Insurance Agency
1405 E Riverside Dr.
Austin, TX 78741


TJR Transports
900 N. Randolph Avenu
Bryan, TX 77803


Transco Motors
PO Box 1738
Keller, TX 76244


Trinity Finance
PO Box 515487
Los Angeles, CA 90051


U.V. Duron/Exosent, LLC
707 Texas Venue, Suite 210 D
College Station, TX 77840


Volvo Financial
7025 Albert Pick Road, St. 105
PO Box 2
Greensboro, NC 27402

Wells Fargo Equipment
PO Box 1450
Minneapolis, MN 55485


Western Data Systems
14722 Regnal Street
Houston, TX 77039


Wingfoot Commercial
3201 Hwy 21 East
Bryan, TX 77808


Xerox Corporation
PO Box 827598
Philadelphia, PA 19182


Xylem - Godwin Pumps
2727 Appelt Drive
Houston, TX 77015


Yellow Engine
4705 Martin Street
Fort Worth, TX 76119

# United States Bankruptcy Court
## Western District of Texas

In re **B.V.S. Construction, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **B.V.S. Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 11, 2014**  
Date

**/s/ Eric A. Liepins**  
**Eric A. Liepins 12338110**  
Signature of Attorney or Litigant  
Counsel for **B.V.S. Construction, Inc.**  
**Eric A. Liepins P.C.**  
**12770 Coit Road**  
**Suite 1100**  
**Dallas, TX 75251**  
**972-991-5591 Fax:972-991-5788**  
**eric@ealpc.com**