B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Western District of Texas

In re   **B.V.S. Construction, Inc.**

Debtor

Case No.   **14-60932**

Chapter   **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,559,982.13 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,739,588.16 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,492,005.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 4,149,427.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 2,559,982.13 | | |
| Total Liabilities | | | | 8,381,020.79 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Western District of Texas

In re    **B.V.S. Construction, Inc.** _____,     Case No. __**14-60932**__

                          Debtor

                                                                  Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __B.V.S. Construction, Inc._____,    Case No. ___14-60932_____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |
| | | | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **B.V.S. Construction, Inc.**                          Case No.    **14-60932**

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citizens State bank | - | 11,021.13 |
| | | | First State Bank Bedias (overdrawn $35,134.13) | - | 0.00 |
| | | | Guaranty Bond Bank (closed by bank) | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | City of Bryan - | - | 1,000.00 |
| | | | City of College Station | - | 1,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                           Sub-Total >      **13,021.13**
                                        (Total of this page)

   __2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **B.V.S. Construction, Inc.**                                                                    Case No.    **14-60932**
                                                    ,
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **A/R (Debtor is unsure of collectabilty of all A/R)** | - | **2,477,042.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor has judgments against Skipper Harris, Brice Taylor, and Danny Gove Soloman Cisneros totalling $17,919** | - | **17,919.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **2,494,961.00**
(Total of this page)

Sheet    1    of    2    continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **B.V.S. Construction, Inc.** _____ ,   Case No. ___**14-60932**_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | see attached | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | desks, chairs, computers, work tables phones | - | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | see attached | - | 0.00 |
| 30. Inventory. | | Pea Gravel, rock, and sand | - | 50,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 52,000.00 |
| (Total of this page) | |
| Total > | 2,559,982.13 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

|  | Value |  | lienholder |
|---|---|---|---|
| Pugmill Plant | 150,000 |  | FSB Bedias |
| Hyundai 210 Excavator | 75,000 |  | 4 seasons |
| Hyundai 36o Excavator | 7,500 |  | none |
| Volvo 290 Excavator | 125,000 |  | Easton |
| Cat 320 D Excavator | 85,000 |  | CCG |
| Cat 325 Excavator | 10,000 |  | none |
| John Deere 50D | 7,500 |  | none |
| Caterpillar RR250C Mixer | 50,000 |  | CCG |
| 100 ton Truck Scales | 10,000 |  | none |
| 100 Ton Truck Scales | 10,000 |  | none |
| Hyundai 760 Loader | 7,500 |  | none |
| Ingersoll Rand DD90 Roller | 7,500 |  | none |
| Ingersoll Rand Pneumatic Roller | 7,500 |  | none |
| Caterpillar 360 Pneumatic Roller | 3,500 |  | none |
| Caterpillar 360 Pneumatic Roller | 3,500 |  | none |
| Caterpillar 931 Track Loader | 10,000 |  | none |
| Caterpillar 234 Roller | 5,000 |  | none |
| Caterpillar 420 Backhoe | 45,000 |  | CCG |
| 2 - John Deere 310 Backhoe | 20,000 |  | none |
| McLaughlin 54 Boring Machine | 75,000 |  | none |
| McLaughlin 24 Boring Machine | 10,000 |  | none |
| Screening Plant | 25,000 |  | none |
| Screening Plant | 25,000 |  | none |
| 8 X 20 Screening Plant | 75,000 |  | none |
| 3 - light plants | 15,000 |  | none |
| Ingersoll Rand 600 Generator | 30,000 |  | none |
| Generator | 25,000 |  | none |
| Gorman Rump water pump | 2,500 |  | none |
| Terex TA 27 dump Truck | 35,000 |  | CCG |
| Volvo 825 dump Truck | 58,000 |  | none |
| Volvo A 35 C Dump Truck | 10,000 |  | CCG |
|  | 1,025,000 |  |  |

**Vehicles**

|  | Value |  | lienholder |
|---|---|---|---|
| 6 - 2010 Freightliner concrete mixers | 510,000 |  | Transco |
| 2 - 2000 DM 690 Mack Concrete Mixers | 50,000 |  | CCG |
| 2 - Putzmeister Concrete Pumps | 300,000 |  | CCG |
| 1 - 1995 Volvo Truck Tractor | 5,000 |  | none |
| 1 - 1995 Volvo Truck Tractor | 5,000 |  | none |
| 1 - 1995 Peterbilt Truck Tractor | 5,000 |  | none |
| 1 - 1998 Peterbilt Truck Tractor | 5,000 |  | none |
| 1 - 1995 International Truck Tractor | 18,000 |  | none |
| 1 - 2003 Peterbilt Truck Tractor | 18,000 |  | none |
| 1 - 2002 International Truck Tractor | 25,000 |  | none |
| 1 - 2001 International Distributor Truck | 25,000 |  | CCG |
| 2 - 2006 Mack Dump Truck | 50,000 |  | Mack |
| 1 - 1999 Mack Dump Truck | 5,000 |  | none |

| | | |
|---|---|---|
| 1 - 1995 International Dump Truck | 5,000 | none |
| CPS Dump Trailers | 15,000 | mack |
| 1 - Trail King Lowboy Haul Trailer | 50,000 | CCG |
| 1 - Putzmeister 50 K Concrete Trailer Pump | 30,000 | none |
| 6 - 8 X 20 Job Boxes | 6,000 | none |
| 2 - 8 X 40 Job Boxes | 2,000 | none |
| 2 - 8 X 20 Office Box | 10,000 | none |
| | 1,139,000 | |

B6D (Official Form 6D) (12/07)

In re    **B.V.S. Construction, Inc.**                               Case No.    **14-60932**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **1101**<br><br>**Commercial Credit Group**<br>**2056 Westings Avenue**<br>**Suite 280**<br>**Naperville, IL 60563** | X | - | | various pieces of equipment | | | | | |
| | | | | Value $     **650,000.00** | | | | **563,000.00** | **0.00** |
| Account No.<br><br>**Easton Sales & Rentals**<br>**14740 Hwy 59 North**<br>**Humble, TX 77396** | | - | | volva exacator | | | | | |
| | | | | Value $     **125,000.00** | | | | **75,000.00** | **0.00** |
| Account No. **7913**<br><br>**First State Bank of Bedias**<br>**12500 Hwy 21 East**<br>**Kurten, TX 77862** | | - | | A/R | | | | | |
| | | | | Value $    **1,000,000.00** | | | | **11,760.16** | **0.00** |
| Account No.<br><br>**Four Seasons Equipment**<br>**8111 Mills Road**<br>**Houston, TX 77064** | | - | | Hyundi excavator | | | | | |
| | | | | Value $     **75,000.00** | | | | **58,000.00** | **0.00** |
| **1**   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **707,760.16** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **B.V.S. Construction, Inc.** _____,    Case No. ___**14-60932**_____

                                 Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1008**<br><br>**Mack Financial**<br>**P.O. Box 26131**<br>**Greensboro, NC 27402** | | - | **Volvo 220 F**<br><br><br>Value $         **65,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**The Guarantee Company of America USA**<br>**25800 Northwestern Hwy St 720**<br>**Southfield, MI 48075** | X | - | **A/R**<br><br><br>Value $      **2,000,000.00** | | | | **531,828.00** | **0.00** |
| Account No.<br><br>**Transco Motors**<br>**PO Box 1738**<br>**Keller, TX 76244** | | - | <br><br><br>Value $       **510,000.00** | | | | **500,000.00** | **0.00** |
| Account No.<br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **1,031,828.00** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **1,739,588.16** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re  **B.V.S. Construction, Inc.**                                                            Case No.  **14-60932**
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **B.V.S. Construction, Inc.** _____ ,  Case No. ___**14-60932**_____

                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Brazos County Tax Assessor-Collector 300 E. William J. Bryan Fkwy. Bryan, TX 77803-5336** | | - | | | | | | 251,000.00 |
| | | | | | | | 251,000.00 | 0.00 |
| Account No. | | | | | | | | |
| **Internal Revenue Service P.O. Box 145595 MC 8420G Cincinnati, OH 45250-5595** | X | - | | | | X | | 1,909,656.00 |
| | | | | | | | 2,241,005.00 | 331,349.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 2,160,656.00 |
| | | 2,492,005.00 / 331,349.00 |
| | Total | 2,160,656.00 |
| | (Report on Summary of Schedules) | 2,492,005.00 / 331,349.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **B.V.S. Construction, Inc.** , Case No. **14-60932**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Anderson & Cumingham 1221 Lamar Street, Ste 1115 Houston, TX 77010 | - | | | | | | | 4,500.00 |
| Account No. | | | | | | | | |
| Anderson Machinery Company 5309 US Hwy. 59 Nroth Victoria, TX 77905 | - | | | | | | X | 250,000.00 |
| Account No. | | | | | | | | |
| Arnold Oil of Austin Texas PO Box 6337 Austin, TX 78762 | - | | | | | | | Unknown |
| Account No. | | | | 2000.00 fee when audited for overweight tickets | | | | |
| Attorney General of Texas c/o Jim Hatton, Collections Division PO Box 12548 Austin, TX 78711-2548 | - | | | | | | X | 20,000.00 |
| **12** continuation sheets attached | | | | Subtotal (Total of this page) | | | | 274,500.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re __B.V.S. Construction, Inc._____,  Case No. ___14-60932_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Batten Drilling Inc. <br> PO Box 3055 <br> Bryan, TX 77805 | - | | | | | | | | | | 20,000.00 |
| Account No. <br><br> Belo Tank Xpress, LLC - Mathew S.C. Moore <br> 3 E. Greenway Plaza, Suite 2000 <br> Houston, TX 77046 | - | | | | | | | | | | Unknown |
| Account No. <br><br> Bootheel Tractor Parts, Inc. <br> 725 E. Washington <br> East Prairie, MO 63845 | - | | | | | | | | | | 11,000.00 |
| Account No. <br><br> C.R. Poldrack INc. <br> 648 LCR 644 <br> Thornton, TX 76687 | - | | | | | | | | | | Unknown |
| Account No. <br><br> Clover & Marak PLLC - <br> 905 S. Austin St. <br> Brenham, TX 77834 | - | | | | | | | | | | 13,927.97 |

Sheet no. _1_ of _12_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          44,927.97

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.V.S. Construction, Inc.**                                      Case No.  __14-60932__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| CMC 777 N Eldridge Pkwy Suite 500 Houston, TX 77079 | X | - | | | | | | 80,000.00 |
| Account No. | | | | | | | | |
| Curb Planet p.O. box 5787 Pasadena, TX 77508 | | - | | | | | | 15,830.00 |
| Account No. | | | | | | | | |
| CY- FAIR TIRE- Michael McGann 2211 Norfolk 610 Houston, TX 77098 | | - | | | | | | 6,102.82 |
| Account No. | | | | | | | | |
| D & D Express Mart/Chevron 600 Graham Road College Station, TX 77845 | | - | | | | | | 10,200.00 |
| Account No. | | | | | | | | |
| D. Wellman Trucking 10539 Hwy 105 Brenham, TX 77833 | | - | | | | | | 11,000.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          123,132.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.V.S. Construction, Inc.**                   ,       Case No.   **14-60932**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Dahill/Zerox<br>PO Box 314<br>San Antonio, TX 78292 | - | | | | | | **Unknown** |
| Account No. <br><br>Dailey Electric Inc.<br>PO Box 10109<br>College Station, TX 77842 | - | | | | | | 30,116.29 |
| Account No. <br><br>David Ahr & Leigh Anne Ahr Rock Lake Pa.<br>13715 Cahill Court<br>Houston, TX 77020 | - | | | | | | 900,000.00 |
| Account No. <br><br>Du-All Contracting<br>112 E. Santa Anna<br>Robinson, TX 76706 | - | | | | | | 2,000.00 |
| Account No. <br><br>Edward Barajas<br>3859 Old Reliance Rd.<br>Bryan, TX 77808 | - | | | | | X | 10,000.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **942,116.29**

B6F (Official Form 6F) (12/07) - Cont.

In re __B.V.S. Construction, Inc.__                          Case No. __14-60932__

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Exosent, LLc 707 Texas Avenue, Suite 210D College Station, TX 77840 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| F. Casas Trucking - Goodwin, Preston, C PO Box 8278 Spring, TX 77387 | | - | | | | | | 81,486.11 |
| Account No. | | | | | | | | |
| Frankie's Food Mart 2801 Texas Avenue S College Station, TX 77845-5043 | | - | | | | | | 85,000.00 |
| Account No. | | | | | | | | |
| GE Capital PO Box 802585 Chicago, IL 60680 | X | - | | | | | | 708,700.00 |
| Account No. | | | | | | | | |
| Gessner Engineering, LLC 2501 Ashford Drive, Suite 102 College Station, TX 77840 | | - | | | | | X | 2,460.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal (Total of this page)        877,646.11

B6F (Official Form 6F) (12/07) - Cont.

In re __B.V.S. Construction, Inc._____,        Case No. ___14-60932_____
                                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Goodwin - Lasiter - Strong<br>4077 Cross Park Drive<br>Suite 100<br>Bryan, TX 77802 | | - | | | | | 15,000.00 |
| Account No. | | | | | | | |
| H & M Fuel<br>4150 Hwy 6 South<br>College Station, TX 77845 | | - | | | | | 46,000.00 |
| Account No. | | | | | | | |
| H D  Waterworks<br>P.O. Box 951949<br>Dallas, TX 75395 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Hitachi Capital America Corp.<br>PO Box 5700<br>Norwalk, CT 06056 | X | - | | X | | | 60,519.00 |
| Account No. | | | | | | | |
| James T. Rohlfing & Associates - Jon D.<br>Totz<br>2211 Norfolk, Suite 510<br>Houston, TX 77098 | | - | | | | | 5,777.55 |

Sheet no. _5_ of _12_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **127,296.55**

B6F (Official Form 6F) (12/07) - Cont.

In re __B.V.S. Construction, Inc._____,  Case No. ___14-60932_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Jason Klug**<br>**4228 FM 2776**<br>**Bryan, TX 77808** | - | | | | | | | 15,000.00 |
| Account No.<br><br>**Jose J. Sandoval**<br>**PO Box 3762**<br>**Bryan, TX 77805** | - | | | | | | | 5,000.00 |
| Account No.<br><br>**Landmark Equipment Rent**<br>**1351 South Loop 12**<br>**Irving, TX 75060** | - | | | | | | | 30,000.00 |
| Account No.<br><br>**Mack Bolt & Steel**<br>**5875 East State Highway 21**<br>**Bryan, TX 77808** | - | | | | | | | 17,000.00 |
| Account No.<br><br>**McCourt & Sons**<br>**5141 Hwy 71 West**<br>**La Grange, TX 78945** | - | | | | | | X | 50,000.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — 117,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.V.S. Construction, Inc.**                                         ,        Case No.   **14-60932**
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Mid South Engine & Machine** 2201 East Hwy 80 White Oak, TX 75693 | | - | | | | | | 11,000.00 |
| Account No. | | | | | | | | |
| **Mine Safety & Health Administration** 1100 Commerce Street Room 462 Dallas, TX 75242 | | - | | | | | X | 17,000.00 |
| Account No. | | | | | | | | |
| **Mustang Machinery Co., LTD D/B/A Mustang CAT ISAAC Butler, JR.** 206 North Washington Bryan, TX 77803 | | - | | | | | | 387,394.58 |
| Account No. | | | | | | | | |
| **N-Line Traffic** PO Box 4750 Bryan, TX 77805 | | - | | | | | | 11,000.00 |
| Account No. | | | | | | | | |
| **North America USA** One Towne Square, Suite 1470 Southfield Southfield, MI 48076 | X | - | | | | | | Unknown |

Sheet no.  **7**  of  **12**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**426,394.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.V.S. Construction, Inc.**                                        ,    Case No.   **14-60932**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **O& D Trucking -Oliver Washington** <br> **12669 Old hearne Road** <br> **Bryan, TX 77807** | - | | | | | | 3,466.97 |
| Account No. <br><br> **Perez Construction** <br> **11842 Vickery Street** <br> **Houston, TX 77039** | - | | | | | | Unknown |
| Account No. **1261** <br><br> **Performant Recovery, Inc.** <br> **PO Box 9054** <br> **Pleasanton, CA 94566-9046** | - | | The U.S. Department of Treasury Department of Labor | | | | 17,946.34 |
| Account No. <br><br> **Pinnacle Pumping Services, LLc** <br> **PO Box 9028** <br> **Spring, TX 77387** | - | | | | | | Unknown |
| Account No. <br><br> **Powerscreen Texas Inc.** <br> **PO Box 658** <br> **La Grange, TX 78945** | - | | | | | | Unknown |

Sheet no.  **8**  of  **12**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                21,413.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.V.S. Construction, Inc.**                                   Case No.    **14-60932**
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Prater Equipment Company** **3110 Hwy. 21 West** **Bryan, TX 77803** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Precision Pavement** **2 West Bronze Lane** **Bryan, TX 77807** | - | | | | | | | **500.00** |
| Account No. | | | | | | | | |
| **Producers Cooperative Association** **PO Box 1112** **Bryan, TX 77806** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Pump & Power Equipment LLC** **PO Box 450270** **Houston, TX 77245** | - | | | | | | | **12,000.00** |
| Account No. | | | | | | | | |
| **Romco Equipment** **PO Box 841496** **Dallas, TX 75284** | - | | | | | | | **3,000.00** |

Sheet no.  **9**   of  **12**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **15,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.V.S. Construction, Inc.**                                        Case No.   **14-60932**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **S & S Pipe & Supply** <br> **PO Box 351** <br> **Huntsville, TX 77342** | | - | | | | | 70,000.00 |
| Account No. <br><br> **Service Insurance Group** <br> **PO Box 5753** <br> **Bryan, TX 77805** | | - | | | | X | 25,000.00 |
| Account No. <br><br> **SG EQUIPMENT** <br> **THE TSANG LAW FIRM, P.C.** <br> **40 Wall Street, 26th Floor** <br> **New York, NY 10005** | X | - | | | | X | 1,000,000.00 |
| Account No. <br><br> **Stanley Voekel** <br> **20111 Rose Fair Court** <br> **Katy, TX 77450** | | - | | | | | 20,000.00 |
| Account No. <br><br> **Texas Welding** <br> **4228 FM 2776** <br> **Bryan, TX 77808** | | - | | | | | 10,000.00 |

Sheet no. **10** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,125,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.V.S. Construction, Inc.** _____,    Case No. ____**14-60932**____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Time Insurance Agency** **1405 E Riverside Dr.** **Austin, TX 78741** | | - | | | | | | **35,000.00** |
| Account No. | | | | | | | | |
| **TJR Transports** **900 N. Randolph Avenue** **Bryan, TX 77803** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Volvo Financial** **7025 Albert Pick Road, St. 105** **PO Box 26131** **Greensboro, NC 27402** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Volvo Rents Camrus Development Co Inc.** **1395 N. Harvey Mitchell Pkwy** **Bryan, TX 77803** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Wells Fargo Equipment Finance, Inc.** **1540 W. Fountainhead Parkway** **Tempe, AZ 85282** | X | - | | | | | | **Unknown** |

Sheet no. __**11**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **35,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **B.V.S. Construction, Inc.** , Case No. **14-60932**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Western Data Systems 14722 Regnal Street Houston, TX 77039 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Wingfoot Commercial 3601 Hwy 21 East Bryan, TX 77808 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Xerox Corporation PO Box 827598 Philadelphia, PA 19182 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Xylem - Godwin Pumps 2727 Appelt Drive Houston, TX 77015 | | - | | | | | 10,000.00 |
| Account No. | | | | | | | |
| Yellow Engine 4705 Martin Street Fort Worth, TX 76119 | | - | | | | | 9,500.00 |

| | | |
|---|---|---|
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 19,500.00 |
| | Total (Report on Summary of Schedules) | 4,149,427.63 |

B6G (Official Form 6G) (12/07)

In re  **B.V.S. Construction, Inc.**
_____,
                                    Debtor

Case No. _____**14-60932**_____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **B.V.S. Construction, Inc.**                                                          Case No.   **14-60932**
_____                                           _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ricky Palasota Jr.** | **CMC**<br>**777 N Eldridge Pkwy**<br>**Suite 500**<br>**Houston, TX 77079** |
| **Ricky Palasota Jr.** | **Commercial Credit Group**<br>**2056 Westings Avenue**<br>**Suite 280**<br>**Naperville, IL 60563** |
| **Ricky Palasota Jr.** | **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680** |
| **Ricky Palasota Jr.** | **Hitachi Capital America Corp.**<br>**PO Box 5700**<br>**Norwalk, CT 06056** |
| **Ricky Palasota Jr.** | **Internal Revenue Service**<br>**P.O. Box 145595 MC 8420G**<br>**Cincinnati, OH 45250-5595** |
| **Ricky Palasota Jr.** | **North America USA**<br>**One Towne Square, Suite 1470 Southfield**<br>**Southfield, MI 48076** |
| **Ricky Palasota Jr.** | **SG EQUIPMENT**<br>**THE TSANG LAW FIRM, P.C.**<br>**40 Wall Street, 26th Floor**<br>**New York, NY 10005** |
| **Ricky Palasota Jr.** | **The Guarantee Company of America USA**<br>**25800 Northwestern Hwy St 720**<br>**Southfield, MI 48075** |
| **Ricky Palasota Jr.** | **Volvo Financial**<br>**7025 Albert Pick Road, St. 105**<br>**PO Box 26131**<br>**Greensboro, NC 27402** |
| **Ricky Palasota Jr.** | **Wells Fargo Equipment Finance, Inc.**<br>**1540 W. Fountainhead Parkway**<br>**Tempe, AZ 85282** |

1
_____ continuation sheets attached to Schedule of Codebtors

In re    **B.V.S. Construction, Inc.**                                                , Case No.    **14-60932**

Debtor

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ricky Palasota Sr. | **CMC**<br>**777 N Eldridge Pkwy**<br>**Suite 500**<br>**Houston, TX 77079** |
| Ricky Palasota Sr. | **Commercial Credit Group**<br>**2056 Westings Avenue**<br>**Suite 280**<br>**Naperville, IL 60563** |
| Ricky Palasota Sr. | **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680** |
| Ricky Palasota Sr. | **Hitachi Capital America Corp.**<br>**PO Box 5700**<br>**Norwalk, CT 06056** |
| Ricky Palasota Sr. | **Internal Revenue Service**<br>**P.O. Box 145595 MC 8420G**<br>**Cincinnati, OH 45250-5595** |
| Ricky Palasota Sr. | **North America USA**<br>**One Towne Square, Suite 1470 Southfield**<br>**Southfield, MI 48076** |
| Ricky Palasota Sr. | **SG EQUIPMENT**<br>**THE TSANG LAW FIRM, P.C.**<br>**40 Wall Street, 26th Floor**<br>**New York, NY 10005** |
| Ricky Palasota Sr. | **The Guarantee Company of America USA**<br>**25800 Northwestern Hwy St 720**<br>**Southfield, MI 48075** |
| Ricky Palasota Sr. | **Volvo Financial**<br>**7025 Albert Pick Road, St. 105**<br>**PO Box 26131**<br>**Greensboro, NC 27402** |
| Ricky Palasota Sr. | **Wells Fargo Equipment Finance, Inc.**<br>**1540 W. Fountainhead Parkway**<br>**Tempe, AZ 85282** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re  **B.V.S. Construction, Inc.**

Debtor(s)

Case No.  **14-60932**

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**26**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December  4, 2014**

Signature  **/s/ Elaine Palasota**

**Elaine Palasota**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Texas

In re  **B.V.S. Construction, Inc.**                                        Case No.  **14-60932**
                                                    Debtor(s)          Chapter  **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $11,910,683.00 | 2014 YTD: |
| $14,600,986.00 | 2013: |
| $11,165,778.00 | 2012: |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $110,076.82 | **Ricky Palasota Sr loaned company** |

B7 (Official Form 7) (04/13)

| AMOUNT | SOURCE |
|---|---|
| **$41,144.91** | **Ricky palasota Jr loaned company** |

---

**3. Payments to creditors**

None  ■  *Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  ☐  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **CMC**<br>777 N Eldridge Pkwy<br>Suite 500<br>Houston, TX 77079 | | **$21,257.27** | **$0.00** |
| **Headwaters Resources Inc.**<br>675 Phil Gramm Blvd.<br>Bryan, TX 77807 | | **$15,122.77** | **$0.00** |
| **AAO enterprises** | | **$28,035.58** | **$0.00** |
| **ACT Pipe & Supply** | | **$51,966.89** | **$0.00** |
| **Ash Grove Cement Company**<br>P.O. Box 25900<br>Overland Park, KS 66225 | | **$119,961.36** | **$0.00** |
| **Cierra Pipe** | | **$7,172.18** | **$0.00** |
| **GCR Tire center** | | **$6,784.16** | **$0.00** |
| **Hill country electric** | | **$6,608.44** | **$0.00** |
| **Homero Huerta Trucking** | | **$88,321.50** | **$0.00** |
| **Pachucas Trucking lLC** | | **$15,319.49** | **$0.00** |
| **This 'N That transport** | | **$26,679.80** | **$0.00** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service**<br>**1100 Commerce St., 5024 DAL**<br>**Dallas, TX 75242** | | **$74,075.98** | **$0.00** |
| **Time Insurance Agency** | | **$73,738.68** | **$0.00** |

None ☐   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ricky Palasota Jr.** | **weekly paychecks of $2,000 plus reimbursement of expenses** | **$210,110.08** | **$0.00** |
| **Elaine palasota** | **weekly paychecks of $500** | **$3,000.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FINFEATHER INC. dba Mike's Market vs RICK PALASOTA dba BVS CONSTRUCTION, INC.** | | **Small Claims Court Precinct 2, Place 1 Brazos County, Texas** | |
| **David Ahr, Leigh Anne Ahr, and Rock Lake Partners vs Ricky J. Palasota, Sr., Ricky J. Palasota, Jr. and B.V.S. Construction, Inc. d/b/a R&R Resources and d/b/a Brazos Valley Services CV34,002** | | **20th District Court of Milam County Texas** | |
| **DAVID AHR, LEIGH ANNE AHR, AND ROCK LAKE PARTNERS V. RICKY J. PALASOTA, SR. AND EMILY ANN PLASOTA CAUSE NO. 14-002063-CV-272** | | **IN THE DISTRICT COURT BRAZOS COUNTY, TEXAS** | |
| **B-S CARTAGE, INC. D/B/A JV ENVIROMENTAL SERVICES, VS B.V.S CONSTRACTION, INC., D/B/A/ BRAZOS VALLEY SERVICES AND RICKY J. PALASOTA NO.381899** | | **IN THE COUNTY COURT AT LAW NO.2 BAXAR COUNTY, TEXAS** | |
| **PNCEF, LLC DBA PNC EQUIPMENT FINANCE FKA NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC vs R7R RESOURCES AND BRAZOS VALLEY SERVICES AND RICKY PALASOTA AND RICKY PALAZOTA, JR. Case no. 10-002097-CV-85** | | **District Clerk Brazos County** | |
| **H & M WHOLESALE, INC v. RICKY PALASOTA D/B/A BRAZOS VALLEY SERVICES NO.10-003228-CV-CCL2** | | **IN COUNTY COURT AT LAW NO.2 BRAZOS COUNTY, TEXAS** | |

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SG EQUIPMENT FINANCE USA CORP. -against- BRAZOS VALLEY SERVICES, RICKY J. PALASOTA, JR. and R7R RESOURSES** | | **SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK** | |
| **HITACHI CAPITAL AMERICA CORP. vs RICKY J. PALASOTA SR. AND RICKY J. PALASOTA JR. D/B/A BRAZOS VALLEY SERVICES** | | **District Clerk Brazos County** | |
| **JOHN DEERE FINACIAL,F.S.B. f/k/a FPC FINANCIAL, F.S.B f/k/a FPC FINACIAL, F.S.B V. R&R RESOURCES, BRAZOS VALLEY SERVICES, RICKY PALASOTA, JR. AND RICKY PALASOTA SR. 11-UU2909-W-85** | | **IN THE DISTRICT COURT OF BRAZOS COUNTY, TEXAS** | |
| **TEXTRON FINANCIAL CORPORATION V B.V.S. d/b/a BRAZOS VALLEY SERVICES, RICKY J. PALAZOTA, SR., AND RICKY J. PALASOTA, JR. Case No. 11-003000-cvs-85** | | **IN THE DISTRICT COURT OF BRAZOS COUNTY 85TH JUDICIAL DISTRICT Cause No. 11-003000-CV-85** | |
| **NHU KIM Quach dba Express Mart VS D.V.S. Construction, Inc. Ricky J. Palasota, and Ricky J. Palasota, Jr.** **Cause NO. 13-003088-CV-CCL1** | | **IN THE JUDICIAL DISTRICT COURT BRAZOS COUNTY, TEXAS** | |
| **CY-FAIR TIRE vs. B V S CONSTRACTIONS INC. Case Number: CV51C0139321** | | In the Justice Court Harris County, Texas Precinct 5, Place 1 6000 Chimney Rock Suite 102 Houston, TX 77081 | |
| Mustan Machinery Co., LTD D/B/A Mustang Cat B.V.S. Construction Inc., Ricky Palasoto Cause #2011-47011 | Writ of Execution | Constable of PCT. 4 brazos County, Texas Justice Court Precinct 5 | |
| **Oliver Washington dba O&D Trucking v B.V.S. Construction, Ricky Palasota** | | **IN SMALL CLAIMS COURT PRECINCT 4 BRAZOS COUNTY, TEXAS** | |
| **FIRST LOCKHART NATIONAL BANK vs. RICKY PALASOTA CAUSE NO. 13-002910-CV-272** | | **IN THE DISTRICT COURT OF BRAZOS COUNTY, TEXAS 272nd JUDICIAL DISTRICT** | |
| **CLOVER & MARAK PLLC VS RICKY PALASOTA, SR., RICKY PALASOTA, JR., SHARON ELAINE PALASOTA, AND B.V.S CONSTRUCTION, INC. CAUSE NO. 2013-093** | | **IN THE COUNTY COURT AT LAW OF WASHINGTON COUNTY, TEXAS** | |
| **N-LINE TRAFFIC MAINTENCE, L.P., vs B.V.S. Construction, Inc. CAUSE NO 2012-1654-5** | | **IN THE DISTRICT COURT OF MCLENNAN COUNTY, TEXAS 414th JUDICIAL DISTRICT** | |
| **F. CASAS TRUCKING VS. BVS CONSTRUCTION, INC; RICKY J. PALASOTA; ELAINE PLASOTA; AND RICKY J. PALASOTA JR. CAUSE NO. 13-002548-CV272** | | **IN THE DISTRICT COURT BRAZOS COUNTY, TEXAS** | |

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JAMES T. ROHLFING & ASSOCIATES, P.C. vs. RICKY PALASOTA AKA AND BSPA RICKY PALASOTA SR., RICKYJOE PALASOTA SR., RICKY J. PALASOTA, RICKY J PARASOTA, SR., AND R.J. PALASOTA AND RICKY PALASOTA JR., AKA AND BSPA RICKY JOE PALASOTA JR., RICKY J. PALASOTA JR., AND R.J. PALASOTA JR., BORTH DBA BRAZOS VALLEY SERVICES CASE NUMBER : CV12C0119260** | | **In the Justice Court Harris County, Texas Precinct 1, Place 2** | |
| **BOOTHE BROTHERS PAVING CO., INC. v. RICKY J. PALASOIA d/b/a BRAZOS VALLEY SERVICES, ET AL** | | **IN THE DISTRICT COURT OF BRAZOS COUNTY, TEXAS 85TH JUDICIAL DISTRICT** | |
| **KEY EQUIPMENT FINANCE INC. VS. RICKY JOE PALASOTA, JR. D/B/A BRAZOS VALLEY SERVICES AND RICKY JOE PALASOTA, SR. CAUSE NO. 141-252979-11** | | **IN THE DISTRICT COURT 141st JUDICIAL DISTRICT TARRANT COUNTY, TEXAS** | |
| **Northern America USA v. Brazos Valley Servcies, et al; Case no 12-757** | | **In the United States District Court for the Southern District of Texas.** | |
| **BELO TANK XPRESS, LLC V. B.V.S. CONSTRUCTION, INC. CAUSE NO. 2013-41516** | | **IN THE DISTRICT COURT OF HARRIS, TEXAS 269th JUDICIAL DISTRICT** | |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Internal Revenue Service P.O. Box 145595 MC 8420G Cincinnati, OH 45250-5595** | **March 2013** | **$10,000 siezed from bank account** |
| **Internal Revenue Service P.O. Box 145595 MC 8420G Cincinnati, OH 45250-5595** | **Oct 2014** | **104.48 seized from bank account** |
| **Key Equipment Finance 11030 Circle Point Dr. Suite 200 Westminister, CO 80020** | | **Seized Bank account no funds taken** |

**5.  Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Anderson Machinery Company 5309 US Hwy. 59 Nroth Victoria, TX 77905** | **2014** | **140 motograder, 2 loaders and a 310 backhoe** |
| **Landmark Equipment Rent 1351 South Loop 12 Irving, TX 75060** | **2014** | **130 loader and trackhoe** |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Volvo Financial**<br>**7025 Albert Pick Road, St. 105**<br>**PO Box 26131**<br>**Greensboro, NC 27402** | **dec 2013** | **220 F loader and 2009 cement mixer** |
| **2 C Equipment, LLC**<br>**14325 North IH-35**<br>**Jarrell, TX 76537** | **Dec 2013** | **motorgrader and dump truck** |
| **Textron Financial**<br>**26096 Network Place**<br>**Chicago, IL 60673** | **2014** | **Mack truck and tractor** |
| **SG equipment Finance USA Corp**<br>**Societe Generale**<br>**480 Washington Blvd., 23rd Floor**<br>**Jersey City, NJ 07310** | **dec 2013** | **5 mixer trucks, truck and tractor, dump trailer and Cat truck** |
| **Home Center** | **2014** | **Excavator and Cat dozier** |

---

### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
☐
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Concrete mixer accident april 8, 2014 paid $27,492.81 insurance proceeds to Commercial credit Group** | | |

B7 (Official Form 7) (04/13)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Concrete mixer accident on November 29, 2013. Insurance paid $28,000 to Commercial Credit Group.** | | |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Eric A. Liepins, P.C.**<br>**Eric A. Liepins**<br>**12770 Coit Road, Suite 1100**<br>**Dallas, TX 75251** | **$11,717** | |
| **Alan gerger**<br>**3006 Brazos Street**<br>**Houston, TX 77006** | **$20,000** | |

---

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)

**12.  Safe deposit boxes**

None
■       List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■       List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐       List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Ricky Palasota, Sr** | **there are a number of pieces of equipment at the debtor's location that belong to Ricky Palasota, Sr or Ricky Palasota, Jr. that are used inthe debtor's operations. The Debtor hadbeen making payments directly to the lenders on these pieces of equipment.** | |

**15.  Prior address of debtor**

None
■       If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

B7 (Official Form 7) (04/13)

| None<br>■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

| None<br>■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

| None<br>■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

| None<br>■ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|

| None<br>■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

| None<br>☐ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |
|---|---|

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Matt Trlica**<br>**Cary, Trlica & Wood**<br>**11612 FM 2244**<br>**Austin, TX 78738** | |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Debtor** | |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Commercial Credit Group**<br>**2056 Westings Avenue**<br>**Suite 280**<br>**Naperville, IL 60563** | |
| **First State Bank of Bedias**<br>**12500 Hwy 21 East**<br>**Kurten, TX 77862** | |
| **Mack Financial**<br>**P.O. Box 26131**<br>**Greensboro, NC 27402** | |
| **Easton Sales & Rentals**<br>**14740 Hwy 59 North**<br>**Humble, TX 77396** | |
| **Four Seasons Equipment**<br>**8111 Mills Road**<br>**Houston, TX 77064** | |
| **Transco Motors**<br>**PO Box 1738**<br>**Keller, TX 76244** | |

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

B7 (Official Form 7) (04/13)

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Elaine Palasota | President | 52% owner |
| Ricky Palasota Sr | vice President | 24% owner |
| Ricky Palasota Jr | tres/Sec | 24% owner |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| see 3c | | |

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   __December  4, 2014_____         Signature   __/s/ Elaine Palasota_____
                                                          **Elaine Palasota**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Texas

In re __B.V.S. Construction, Inc.__             Case No. __14-60932__

                              Debtor(s)           Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 11,717.00 |
| Prior to the filing of this statement I have received | $ | 11,717.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __December 4, 2014__        /s/ Eric A. Liepins
                                             **Eric A. Liepins 12338110**
                                             **Eric A. Liepins P.C.**
                                             **12770 Coit Road**
                                             **Suite 1100**
                                             **Dallas, TX 75251**
                                             **972-991-5591  Fax: 972-991-5788**
                                             **eric@ealpc.com**

---

# United States Bankruptcy Court
## Western District of Texas

In re    **B.V.S. Construction, Inc.**

                   Debtor

Case No.    **14-60932**

Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Elaine Palasota**<br>**P.O. Box 985**<br>**Bryan, TX 77806** | | **52%** | |
| **Ricky Palasota Sr**<br>**p.O. box 985**<br>**Bryan, TX 77806** | | **24%** | |
| **Ricky Palasota, Jr.**<br>**P.O. box 985**<br>**Bryan, TX 77806** | | **24%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December  4, 2014**

Signature  **/s/ Elaine Palasota**
                 **Elaine Palasota**
                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Texas

In re __B.V.S. Construction, Inc.__

Debtor(s)

Case No. __14-60932__
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __B.V.S. Construction, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 4, 2014__
Date

/s/ Eric A. Liepins
Eric A. Liepins 12338110
Signature of Attorney or Litigant
Counsel for __B.V.S. Construction, Inc.__
Eric A. Liepins P.C.
12770 Coit Road
Suite 1100
Dallas, TX 75251
972-991-5591 Fax:972-991-5788
eric@ealpc.com

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy