IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| In re | ' |
| | ' CASE NO.  14-60931-RBK |
| RICKY JOE PALASOTA | ' Chapter 11 |
| | ' |
| | ' |
| Debtor | ' |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT CREDITORS= COMMITTEE**

COMES NOW, Judy A. Robbins, United States Trustee for Region 7 (AUST@) through the undersigned counsel and reports as follows:

1. The UST is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. §1102(a)(1).

2. There was no interest in forming a Creditors Committee at the creditors meeting held on December 9, 2014 because no unsecured creditors appeared at that meeting.

THEREFORE, the UST has been unable to appoint an Unsecured Creditors Committee as contemplated by 11 U.S.C. §1102.

    Respectfully submitted,

    JUDY A. ROBBINS
    UNITED STATES TRUSTEE, REGION 7

    By: /s/ Valerie L. Wenger
    Henry G. Hobbs, Jr.
    Assistant U.S. Trustee
    SBOT No. 0790116
    Valerie L. Wenger
    Trial Attorney
    SBOT No. 21176300
    903 San Jacinto Blvd., Rm.230
    Austin, TX 78701
    (512) 916-5328
    (512) 916-5331 (fax)
    valerie.l.wenger@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I certify that I forwarded a true copy of the foregoing Report of the United States Trustee of Inability to Appoint a Creditors Committee by prepaid first class mail to the persons listed below on December16, 2014.

                  /s/ Valerie L. Wenger
                  Valerie L. Wenger

DEBTOR:
Ricky Joe Palasota
16720 East FM 485
Cameron TX 76520

DEBTOR'S ATTORNEY:
Howard Marc Spector
12770 Coit Rd., Ste. 1100
Dallas TX 75251